**HOMESTAKE MINING COMPANY, a corporation, Plaintiff-Appellee,**

v.

**WASHINGTON PUBLIC POWER SUPPLY SYSTEM, Defendant-Appellant.**

No. 79–4576.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 9, 1981.

Decided July 27, 1981.

Phillip H. Ginsberg, Houghton, Cluck, Coughlin & Riley, Seattle, Wash., for defendant-appellant.

Eric W. Jorgensen, Brobeck, Phleger & Harrison, San Francisco, Cal., for plaintiff-appellee.

Before GOODWIN, SKOPIL, and REINHARDT, Circuit Judges.

PER CURIAM:

We affirm the judgment of the district court substantially for the reasons set forth in its decision, reported at 476 F.Supp. 1162 (N.D.Cal.1979).

AFFIRMED.